IN THE SUPREME COURT OF TEXAS

 No. 11-0859

 IN RE CAMP MYSTIC, INC. AND RICHARD G. EASTLAND

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed January 17, 2012,
is granted. The trial set for April 23, 2012 and all trial court
proceedings related to the retrial of Cause No. 2011122, S. Stacy Eastland
and Nancy Eastland Leaton v. Camp Mystic, Inc., Richard G. Eastland and
Natural Fountains Properties, Inc., in the 198th District Court of
McCullough County, Texas, are stayed pending further order of this Court.
The trial court's Temporary Injunction and Order Appointing Agent, signed
November 28, 2011, remains in effect. (Justice Hecht not sitting)
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this February 17, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk